| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-15291 / MBK**

Hoggarth Stephen

Petition Filed Date: 03/15/2019
341 Hearing Date: 04/18/2019
Confirmation Date: 09/17/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2022 | $2,522.00 | | 06/10/2022 | $2,112.00 | | 10/25/2022 | $2,800.00 | |
| 02/13/2023 | $2,400.00 | | | | | | | |

**Total Receipts for the Period: $9,834.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $19,886.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Hoggarth Stephen | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | COMCAST | Unsecured Creditors | $389.98 | $0.00 | $389.98 |
| 2 | GARDENS AT MAPLEWOOD | Unsecured Creditors | $1,268.50 | $0.00 | $1,268.50 |
| 3 | SHERIDA LOGAN | Support Arrears | $0.00 | $0.00 | $0.00 |
| 4 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br>»» 2172 PRINCETON PIKE/1ST MTG | Mortgage Arrears | $25,049.48 | $7,039.81 | $18,009.67 |
| 5 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br>»» P/2172 PRINCETON PIKE/ORDER 9/10/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 6 | LVNV Funding<br>»» JUDGMENT DC-000237-14/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ORDER 10/14/21 | Attorney Fees | $5,100.00 | $5,100.00 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br>»» 2172 PRINCETON PIKE/PP ARREARS 4/28/22/AMD 5/25/22 | Mortgage Arrears | $10,000.00 | $779.73 | $9,220.27 |
| 8 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br>»» 2172 PRINCETON PIKE/ATTY FEES 4/28/22/AM 5/25/22 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

**Chapter 13 Case No. 19-15291 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,886.00 | Plan Balance: | $36,714.00 ** |
| Paid to Claims: | $16,150.54 | Current Monthly Payment: | $954.00 |
| Paid to Trustee: | $1,508.26 | Arrearages: | $2,370.00 |
| Funds on Hand: | $2,227.20 | Total Plan Base: | $56,600.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**