Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–15291–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hoggarth Stephen
   2172 Princeton Pike
   Lawrence Township, NJ 08648

Social Security No.:
   xxx–xx–0800

Employer's Tax I.D. No.:
   20–8809830

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/25/23 at 09:00 AM

to consider and act upon the following:

**143** − Creditor's Certification of Default (related document:30 Consent Order filed by Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER) filed by Aleisha Candace Jennings on behalf of Nationstar Mortgage LLC. Objection deadline is 10/2/2023. (Attachments: # 1 Affidavit # 2 Exhibit # 3 Certificate of Service) (Jennings, Aleisha)


Dated: 9/29/23

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court