Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−15291−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hoggarth Stephen
   2172 Princeton Pike
   Lawrence Township, NJ 08648

Social Security No.:
   xxx−xx−0800

Employer's Tax I.D. No.:
   20−8809830

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on August 10, 2023.

   On October 20, 2023 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:               November 22, 2023
Time:               10:00 AM
Location:           Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 20, 2023
JAN: pbf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Hoggarth Stephen  
    Debtor

Case No. 19-15291-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 20, 2023      Form ID: 185      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hoggarth Stephen, 2172 Princeton Pike, Lawrence Township, NJ 08648-4333 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518132293 | + | Email/Text: documentfiling@lciinc.com | Oct 20 2023 20:58:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518121300 | | Email/Text: cfcbackoffice@contfinco.com | Oct 20 2023 20:59:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518121301 | | Email/Text: bankruptcy@cunj.org | Oct 20 2023 20:59:00 | Credit Union of New Jersey, Attn: Bankruptcy, Po Box 7921, Ewing, NJ 08628 |
| 518121298 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 20 2023 20:57:07 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518121299 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 20:56:25 | Capital One/Best Buy, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518121302 | ^ | MEBN | Oct 20 2023 20:44:23 | Eastern Account System, Inc., Po Box 837, Newtown, CT 06470-0837 |
| 518121303 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 20 2023 20:57:39 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 518121305 | + | Email/Text: bknotices@fmsfinancialsolutions.com | Oct 20 2023 20:59:00 | Fms Financial Solution, 9001 Edmonston Rd Ste 20, Greenbelt, MD 20770-4073 |
| 518134708 | + | Email/Text: BKRMailOps@weltman.com | Oct 20 2023 21:00:00 | GARDENS AT MAPLEWOOD, c/o Weltman, Weinberg & Reis, Co., L.P.A, 323 W. Lakeside Avenue, Ste 200, Cleveland, OH 44113-1009 |
| 518121306 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 20:57:06 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 518273920 | + | Email/Text: RASEBN@raslg.com | Oct 20 2023 20:58:00 | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 520012845 | + | Email/Text: RASEBN@raslg.com | Oct 20 2023 20:58:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, |

Case 19-15291-MBK    Doc 149    Filed 10/22/23    Entered 10/23/23 00:15:23    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: 185 | Total Noticed: 18 |

| 518184440 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 20:59:00 | Alpharetta, GA 30004-2001<br>Nationstar Mortgage LLC D/B/A Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
|---|---|---|---|
| 518121307 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 20:59:00 | Pacific Union Financial, Attn: Bankruptcy, 1603 Lbj Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 518121308 | + Email/Text: ecourts.col_efilings@fskslaw.com | Oct 20 2023 20:58:00 | Pacific Union Financial, c/o Fein, Such, Kahn and Shepard P.C, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Robertson, Anschutz, Schneid, Crane & Partners, PL, 130 Clinton Rd #202, FAIRFIELD, |
| cr | *+ | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518121304 | ##+ | First Progress, Po Box 84010, Columbus, GA 31908-4010 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Hoggarth Stephen njpalaw@gmail.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER hkaplan@rasnj.com kimwilson@raslg.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: 185 | Total Noticed: 18 |

Harold N. Kaplan
    on behalf of Creditor Robertson  Anschutz, Schneid, Crane & Partners, PLLC hkaplan@rasnj.com, kimwilson@raslg.com

Jill Manzo
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER jmanzo@spinellalawgroup.com

Laura M. Egerman
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER laura.egerman@mccalla.com bkyecf@rasflaw.com;legerman@raslg.com

Shauna M Deluca
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER sdeluca@hasbanilight.com hllawpc@gmail.com

Shauna M Deluca
    on behalf of Creditor Nationstar Mortgage LLC sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER smncina@raslg.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15