Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−15291−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hoggarth Stephen
   2172 Princeton Pike
   Lawrence Township, NJ 08648

Social Security No.:
   xxx−xx−0800

Employer's Tax I.D. No.:
   20−8809830

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 28, 2023.

Dated: November 28, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Case No. 19-15291-MBK

Hoggarth Stephen

Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3

User: admin

Page 1 of 3

Date Rcvd: Nov 28, 2023

Form ID: plncf13

Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hoggarth Stephen, 2172 Princeton Pike, Lawrence Township, NJ 08648-4333 |
| r | + | Jerome Beckwood, 2172 Princeton Pike, Lawrence Township, NJ 08648-4333 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 28 2023 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 28 2023 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518132293 | + | Email/Text: documentfiling@lciinc.com | Nov 28 2023 20:53:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518121300 | | Email/Text: cfcbackoffice@contfinco.com | Nov 28 2023 20:54:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518121301 | | Email/Text: bankruptcy@cunj.org | Nov 28 2023 20:54:00 | Credit Union of New Jersey, Attn: Bankruptcy, Po Box 7921, Ewing, NJ 08628 |
| 518121298 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 28 2023 20:55:54 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518121299 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2023 20:55:44 | Capital One/Best Buy, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518121302 | ^ | MEBN | Nov 28 2023 20:48:55 | Eastern Account System, Inc., Po Box 837, Newtown, CT 06470-0837 |
| 518121303 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 28 2023 21:09:22 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 518121305 | + | Email/Text: bknotices@fmsfinancialsolutions.com | Nov 28 2023 20:54:00 | Fms Financial Solution, 9001 Edmonston Rd Ste 20, Greenbelt, MD 20770-4073 |
| 518134708 | + | Email/Text: BKRMailOps@weltman.com | Nov 28 2023 20:54:00 | GARDENS AT MAPLEWOOD, c/o Weltman, Weinberg & Reis, Co., L.P.A, 323 W. Lakeside Avenue, Ste 200, Cleveland, OH 44113-1009 |
| 518121306 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 21:10:01 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 518273920 | + | Email/Text: RASEBN@raslg.com | Nov 28 2023 20:53:00 | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 520012845 | + | Email/Text: RASEBN@raslg.com | | |

District/off: 0312-3                              User: admin                                      Page 2 of 3

Date Rcvd: Nov 28, 2023                         Form ID: plncf13                            Total Noticed: 19

| | | Nov 28 2023 20:53:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
|---|---|---|---|
| 518184440 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 28 2023 20:54:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 518121307 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 28 2023 20:54:00 | Pacific Union Financial, Attn: Bankruptcy, 1603 Lbj Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 518121308 | + Email/Text: ecourts.col_efilings@fsklaw.com | Nov 28 2023 20:54:00 | Pacific Union Financial, c/o Fein, Such, Kahn and Shepard P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Robertson, Anschutz, Schneid, Crane & Partners, PL, 130 Clinton Rd #202, FAIRFIELD, |
| cr | *+ | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518121304 | ##+ | First Progress, Po Box 84010, Columbus, GA 31908-4010 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Hoggarth Stephen njpalaw@gmail.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER hkaplan@rasnj.com |

kimwilson@raslg.com

Harold N. Kaplan

on behalf of Creditor Robertson  Anschutz, Schneid, Crane & Partners, PLLC hkaplan@rasnj.com, kimwilson@raslg.com

Jill Manzo

on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER jmanzo@spinellalawgroup.com

Laura M. Egerman

on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER laura.egerman@mccalla.com
mccallaecf@ecf.courtdrive.com

Shauna M Deluca

on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER sdeluca@hasbanilight.com
hllawpc@gmail.com

Shauna M Deluca

on behalf of Creditor Nationstar Mortgage LLC sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina

on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER smncina@raslg.com

Sindi Mncina

on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 15