# KML LAW GROUP, P.C.
**A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA**
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
www.kmllawgroup.com

December 18, 2023

The Honorable Michael B. Kaplan, U.S.B.J.
Courtroom #8
400 Cooper Street, 4th Floor
Camden, NJ 08101

    RE: Hoggarth Stephen
    Case No. 19-15291-MBK
    Premises: 2172 Princeton Pike, Lawrenceville, NJ 08648
    Secured Creditor: Nationstar Mortgage LLC

Dear Judge Kaplan:

This office represents Nationstar Mortgage LLC ("Secured Creditor"), holder of a mortgage on real property located at 2172 Princeton Pike, Lawrenceville, NJ 08648. Please accept this letter in response to

Debtor's motion to sell the subject property.

    Secured Creditor has reviewed the current motion to sell and the proposed form of order filed with the Court. Secured Creditor does not object to the motion or the proposed order in its current form. However, should the proposed order be revised, or if the underlying facts supporting the motion should change, including but not limited to the purchase price, Secured Creditor reserves its right to object to the motion.

    The Debtor is required to request an updated formal payoff prior to closing to ensure the loan is paid in full in accordance with the terms of the note, mortgage and applicable state laws. The current payoff is approximately $177,086.17. Secured Creditor's response, in its present form, is not an objection to the current motion to sell the subject property. The undersigned does not

intend to appear to prosecute an objection at this time unless the proposed order is amended to a form deemed objectionable.

    Respectfully,
    KML LAW GROUP, P.C.

    */s/ Denise Carlon*
    Denise Carlon, Esquire
    dcarlon@kmllawgroup.com
    Attorney for Secured Creditor

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR-9004-1** | |
|---|---|
| KML Law Group, P.C.<br>By: Denise Carlon Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor: Nationstar Mortgage LLC | |
| In Re:<br>Hoggarth Stephen<br>          Debtor | Case No:   <u>19-15291 MBK</u><br><br>Chapter:   <u>13</u><br><br>Judge:   <u>Michael B. Kaplan</u> |

## CERTIFICATION OF SERVICE

1. I, Patricia Rychards :

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 12/18/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Response to Motion for Authorization to Sell Real Estate
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 12/18/2023                 */s/ Patricia Rychards*

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Hoggarth Stephen<br>2172 Princeton Pike<br>Lawrence Township, NJ 08648 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Candyce Ilene Smith-Sklar<br>Law Offices of Sklar Smith-Sklar<br>1901 North Olden Avenue, Ewing Prosfessional Park, Suite 22<br>Ewing, NJ 08618 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |