| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Captioned in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**LAW OFFICES OF SKLAR SMITH-SKLAR**<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Phone: (609) 882-9800   Fax: (609) 538-1399<br>CANDYCE I. SMITH-SKLAR, ESQ.<br>*Attorney for Debtor*<br><br>In Re:<br><br>**HOGGARTH STEPHEN`**<br><br>Debtor | Order Filed on December 27, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   19-15291-MBK<br><br>Hearing Date:  12/27/23; 9:00am<br><br>Chief Judge:  Michael B. Kaplan<br><br>Chapter     13 |

Recommended Local Form:  **X**  Followed  ___ Modified

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: December 27, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 2172 Princeton Pike Lawrence Township, NJ 08648

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order.  Until such satisfaction the real property is not free and clear of liens.

3. **X** Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

    **OR:** ___ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions upon further order of this court.

4. The debtor's counsel be allowed a legal fee of $850.00 for representation in connection with this motion upon the filing of a fee application:

    ___ at closing          **X** through the Plan          ___ outside the plan;

    and $950.00 for the closing Attorney's representation of Debtor to be paid at closing:

5. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. The Debtor's are to receive their full §522(d)(1) exemptions in the amount of $25,150 to be disbursed from the proceeds of the sale.

7. The **X** *balance of proceeds* or the ___ *balance due on the debtor's Chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

8. A copy of the HUD settlement sheet shall be forwarded to the Chapter 13 Standing Trustee ten (10) days after closing.

9. The sale price for the Property is fair and reasonable and in the best interest of the estate.

10. _X_ The debtor shall file a modified Chapter 13 Plan within 20 days of the date of this Order.

11. Other provisions:

    a. Any further appeals pertaining to this matter are hereby waived.
    b. The debtors' authorization to sell the subject Property shall expire 60 days from the date of entry of this Order, unless an Order extending time to close is entered by this Court upon Application and proper notice.
    c. The sale of the Property shall be completed within 120 days of the entry of the Order Authorizing Sale of Real Property or as extended upon proper notice.
    d. Any sale is subject to the final approval of Nationstar Mortgage.