| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Captioned in Compliance with D.N.J. LBR 9004-2(c)<br><br>**LAW OFFICES OF SKLAR SMITH-SKLAR**<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Phone: (609) 882-9800   Fax: (609) 538-1399<br>CANDYCE I. SMITH-SKLAR, ESQ.<br>*Attorney for Debtor*<br><br>In Re:<br><br>**HOGGARTH STEPHEN`**<br><br>Debtor | Order Filed on December 27, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   19-15291-MBK<br><br>Hearing Date:   12/27/23; 9:00am<br><br>Chief Judge:   Michael B. Kaplan<br><br>Chapter         13 |

Recommended Local Form:  **X**  Followed   ___ Modified

### ORDER AUTHORIZING
### SALE OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED.**

DATED: December 27, 2023

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to sell the real property commonly known as 2172 Princeton Pike Lawrence Township, NJ 08648

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. **X**  Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professionals may be paid at closing.

   **OR:** ___ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions upon further order of this court.

4. The debtor's counsel be allowed a legal fee of $850.00 for representation in connection with this motion upon the filing of a fee application:

   _____ at closing          __X__ through the Plan          _____ outside the plan;

   and $950.00 for the closing Attorney's representation of Debtor to be paid at closing:

5. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. The Debtor's are to receive their full §522(d)(1) exemptions in the amount of $25,150 to be disbursed from the proceeds of the sale.

7. The **X** *balance of proceeds* or the ___ *balance due on the debtor's Chapter 13 Plan* shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

8. A copy of the HUD settlement sheet shall be forwarded to the Chapter 13 Standing Trustee ten (10) days after closing.

9. The sale price for the Property is fair and reasonable and in the best interest of the estate.

10. _X_ The debtor shall file a modified Chapter 13 Plan within 20 days of the date of this Order.

11. Other provisions:

   a. Any further appeals pertaining to this matter are hereby waived.
   b. The debtors' authorization to sell the subject Property shall expire 60 days from the date of entry of this Order, unless an Order extending time to close is entered by this Court upon Application and proper notice.
   c. The sale of the Property shall be completed within 120 days of the entry of the Order Authorizing Sale of Real Property or as extended upon proper notice.
   d. Any sale is subject to the final approval of Nationstar Mortgage.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                           Case No. 19-15291-MBK

Hoggarth Stephen                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                                                  Page 1 of 2
Date Rcvd: Dec 27, 2023              Form ID: pdf903                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Hoggarth Stephen, 2172 Princeton Pike, Lawrence Township, NJ 08648-4333 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Hoggarth Stephen njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Dec 27, 2023 Form ID: pdf903 Total Noticed: 1

Denise E. Carlon
    on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER hkaplan@rasnj.com kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Creditor Robertson Anschutz, Schneid, Crane & Partners, PLLC hkaplan@rasnj.com, kimwilson@raslg.com

Jill Manzo
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER jmanzo@spinellalawgroup.com

Laura M. Egerman
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Shauna M Deluca
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER sdeluca@hasbanilight.com hllawpc@gmail.com

Shauna M Deluca
    on behalf of Creditor Nationstar Mortgage LLC sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER smncina@raslg.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16