UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE SKLAR SMITH-SKLAR
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
Tel: 609 882-9800  Fax: 609 538-1399
Mail@njpalaw.com
CANDYCE I. SMITH-SKLAR, ESQ.
Attorney for Debtor

In Re:

Hoggarth Stephen,

Debtor

Case No.: __19-15291-MBK__

Chapter: __13__

Hearing Date: __11/22/23; 10:00am__

Judge: __Michael B. Kaplan__

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order __Extending the Deadline for Closing__ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: __1/12/2024__

__/s/Candyce Smith-Sklar__
Signature of Attorney

*rev.8/1/15*