| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**LAW OFFICE SKLAR SMITH-SKLAR**<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Tel: 609 882-9800<br>Fax: 609 538-1399<br>mail@njpalaw.com<br>Attorney for Debtor | Order Filed on January 22, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Hoggarth Stephen,<br><br>Debtor | Case No.: 19-15291-MBK<br><br>Adv. No.:<br><br>Hearing Date:  11/22/2023; 10:00am<br><br>Chief Judge:   Hon. Michael B. Kaplan |

### CONSENT ORDER EXTENDING THE DEADLINE FOR CLOSING

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 22, 2024**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The undersigned parties have consented to the following change in the anticipated closing date originally set forth in the Order Resolving Secured Creditor, Nationstar Mortgage's Objection to Debtor's Chapter 13 Plan, Denise Carlon, Esquire, appearing by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Smith-Sklar, Esquire, attorney for the Debtor, and the parties having reached an agreement, hereby consent to the entry of the within Consent Order as follows:

**ORDERED** that:

1. The deadline for closing on property located at 2172 Princeton Pike, Lawrenceville NJ 08648 is hereby extended to January 19, 2024:

2. The Debtor shall comply with the remaining terms and conditions as set forth in the Order Resolving Secured Creditor's Objection to Debtor's Chapter 13 Plan.

Dated: 1/12/2024

/s/ Denise Carlon
Denise Carlon, Esquire
Attorney for secured creditor, Nationstar Mortgage

Dated: 1/12/2024

/s/Candyce I. Smith-Sklar
Candyce I. Smith-Sklar, Esquire
Attorney for Debtor, Hoggarth Stephen