| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **LAW OFFICE SKLAR SMITH-SKLAR**<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Tel: 609 882-9800<br>Fax: 609 538-1399<br>mail@njpalaw.com<br>Attorney for Debtor |
| In Re:<br><br>Hoggarth Stephen,<br><br>Debtor |



**Order Filed on January 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-15291-MBK

Adv. No.:

Hearing Date:  11/22/2023; 10:00am

Chief Judge:   Hon. Michael B. Kaplan

## CONSENT ORDER EXTENDING THE DEADLINE FOR CLOSING

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 22, 2024**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The undersigned parties have consented to the following change in the anticipated closing date originally set forth in the Order Resolving Secured Creditor, Nationstar Mortgage's Objection to Debtor's Chapter 13 Plan, Denise Carlon, Esquire, appearing by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Smith-Sklar, Esquire, attorney for the Debtor, and the parties having reached an agreement, hereby consent to the entry of the within Consent Order as follows:

**ORDERED** that:

1. The deadline for closing on property located at 2172 Princeton Pike, Lawrenceville NJ 08648 is hereby extended to January 19, 2024:

2. The Debtor shall comply with the remaining terms and conditions as set forth in the Order Resolving Secured Creditor's Objection to Debtor's Chapter 13 Plan.


Dated: 1/12/2024                     /s/ Denise Carlon
                                     Denise Carlon, Esquire
                                     Attorney for secured creditor, Nationstar Mortgage


Dated: 1/12/2024                     /s/Candyce I. Smith-Sklar
                                     Candyce I. Smith-Sklar, Esquire
                                     Attorney for Debtor, Hoggarth Stephen

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-15291-MBK

Hoggarth Stephen  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin         Page 1 of 2
Date Rcvd: Jan 22, 2024      Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hoggarth Stephen, 2172 Princeton Pike, Lawrence Township, NJ 08648-4333 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Hoggarth Stephen njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 22, 2024 | Form ID: pdf903 | Total Noticed: 1

Denise E. Carlon
 on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
 on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER hkaplan@rasnj.com kimwilson@raslg.com

Harold N. Kaplan
 on behalf of Creditor Robertson  Anschutz, Schneid, Crane & Partners, PLLC hkaplan@rasnj.com, kimwilson@raslg.com

Jill Manzo
 on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER jmanzo@spinellalawgroup.com

Laura M. Egerman
 on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Shauna M Deluca
 on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER sdeluca@hasbanilight.com hllawpc@gmail.com

Shauna M Deluca
 on behalf of Creditor Nationstar Mortgage LLC sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina
 on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER smncina@raslg.com

Sindi Mncina
 on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16