| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-15291 / MBK**

Hoggarth Stephen

Petition Filed Date: 03/15/2019
341 Hearing Date: 04/18/2019
Confirmation Date: 09/17/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/13/2023 | $2,400.00 | | 07/11/2023 | $2,000.00 | | 10/05/2023 | $237.00 | |
| 11/06/2023 | $237.00 | | 12/06/2023 | $237.00 | | 01/05/2024 | $237.00 | |

**Total Receipts for the Period:  $5,348.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $22,834.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Hoggarth Stephen | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | COMCAST | Unsecured Creditors | $389.98 | $0.00 | $389.98 |
| 2 | GARDENS AT MAPLEWOOD<br>»» 81 VAN NESS CT/LEASE | Unsecured Creditors | $1,268.50 | $0.00 | $1,268.50 |
| 3 | SHERIDA LOGAN | Support Arrears | $0.00 | $0.00 | $0.00 |
| 4 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br>»» P/2172 PRINCETON PIKE/1ST MTG/LOAN MOD ORDER 4/14/23/SV 11/29/23 (EFFECTIVE 1/15/24) | Mortgage Arrears<br>No Disbursements: Paid outside | $8,512.86 | $8,512.86 | $0.00 |
| 5 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br>»» P/2172 PRINCETON PIKE/ORD 9/10/19/SV 11/29/23 (EFFECTIVE 1/15/24 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 6 | LVNV Funding<br>»» JUDGMENT DC-000237-14/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ORDER 10/14/21 | Attorney Fees | $5,100.00 | $5,100.00 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br>»» P/2172 PRINCETON PIKE/PP ARREARS AMD ORD 5/25/22/SV 11/29/23 (EFFECTIVE 1/15/24)<br><br>1/22/24 - ORDER EXTENDING DEADLINE FOR CLOSING TO 1/19/24. KG | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $10,000.00 | $3,389.88 | $6,610.12 |
| 8 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br>»» 2172 PRINCETON PIKE/ATTY FEES AMD 5/25/22/SV 11/29/23 (EFFECTIVE 1/15/24) | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» NEED ORDER TO PAY | Attorney Fees<br>Hold Funds: Pending Resolution | $5,500.00 | $0.00 | $5,500.00 |

**Chapter 13 Case No. 19-15291 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,834.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $20,233.74 | Current Monthly Payment: | $155.00 |
| Paid to Trustee: | $1,730.94 | Arrearages: | ($164.00) |
| Funds on Hand: | $869.32 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

