# SETTLEMENT STATEMENT

**Title Evolution, LLC**
230 Farnsworth Avenue
Bordentown, NJ 08505

Phone: 609-379-3860
E-Mail: info@titleevolution.com
AltaID: 1130103

| File / Escrow Number: | TE20361 | Settlement Date: | January 24, 2024 |
|---|---|---|---|
| | | Disbursement Date: | January 24, 2024 |
| Officer/Escrow Officer: | Title Evolution, LLC | | |
| Property Address: | 2172 Princeton Pike, Lawrence, NJ 08648, Block: 1502 Lot: 34 | Settlement Location: | |
| Buyer: | Hassan Zag and Houria Boujilali | Buyer Address: | 180 Franklin Corner Road, Unit L10, Lawrenceville NJ 08648 |
| Seller: | Hoggarth Stephen | Seller Address: | 567 Carlisle Drive Morrisville PA 19067 |
| Lender: | United Wholesale Mortgage, LLC | Lender Address: | PO Box 202028 Florence SC 29502-2028 |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $320,000.00 | Sale Price of Property | $320,000.00 | |
| | | Deposit | | $5,000.00 |
| | | Loan Amount | | $310,400.00 |
| | | Lender Credit | | $0.40 |
| | | **Prorations/Adjustments** | | |
| $25.06 | | Sewer 1/1/2024 to 1/18/2024 | | $25.06 |
| $394.14 | | Town Property Tax 1/1/2024 to 1/18/2024 | | $394.14 |
| | | **Loan Charges** | | |
| | | 0.166% of Loan Amount (Points) United Wholesale Mortgage, LLC | $516.38 | |
| | | Application Fee United Wholesale Mortgage, LLC | $1,055.00 | |
| | | Appraisal Fee (POCB: $500.00) Ronald Stout, Jr. | | |
| | | Broker Compensation Nexa Mortgage | $6,984.00 | |
| | | Credit Report Fee Xactus | $66.00 | |
| | | Flood Certification Corelogic | $8.00 | |
| | | MERS Registration Fee MERS | $24.95 | |
| | | Tax Service Fee UW fbo Corelogic | $85.00 | |
| | | Verification Of Employment Fee (Lender:$51.52) United Wholesale Mortgage, LLC | | |
| | | Verification Of Income Fee (Lender:$51.52) Equifax | | |
| | | Mortgage Insurance Premium | | |
| | | Prepaid Interest | $408.13 | |
| | | **Impounds** | | |
| | | Flood Insurance United Wholesale Mortgage, LLC | $307.95 | |
| | | Homeowners Insurance United Wholesale Mortgage, LLC | | |
| | | Mortgage Insurance United Wholesale Mortgage, LLC | | |
| | | Property Tax United Wholesale Mortgage, LLC | $1,496.64 | |
| | | Aggregate Adjustment United Wholesale Mortgage, LLC | ($0.01) | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Premium Rate | $1,460.00 | |
| | | Simultaneous Issue Title Evolution, LLC | $25.00 | |
| | | ALTA 8.1 Environmental Protection Lien - NJ Variation (NJRB 5-94) Title Evolution, LLC | $25.00 | |
| | | ALTA 9.10-06 (Res) REM Current Violations (1/1/17) (NJRB 5-157) Title Evolution, LLC | $25.00 | |
| | | Closing Service Letter Title Evolution, LLC | $75.00 | |
| | | County Search & Copies Title Evolution, LLC | $90.00 | |
| | | Document Recording Surcharge (Purch) Title Evolution, LLC | $10.00 | |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | Electronic Document Processing Title Evolution, LLC | $50.00 | |
| | | Examination Title Evolution, LLC | $100.00 | |
| | | Filed Notice of Settlement (2) Title Evolution, LLC | $50.00 | |
| | | Flood Search Title Evolution, LLC | $10.00 | |
| | | Mileage Title Evolution, LLC | $18.36 | |
| $75.00 | | Mortgage Payoff/Satisfaction Service Charge (§7.1b) S Title Evolution, LLC | | |
| | | Notary Title Evolution, LLC | $25.00 | |
| $50.00 | | Overnight Charge Title Evolution, LLC | $50.00 | |
| | | Settlement Service (Purchase) Title Evolution, LLC | $550.00 | |
| | | Survey (11/1/23) (NJRB 5-01) Title Evolution, LLC | $25.00 | |
| | | Tax & Assessment Search Title Evolution, LLC | $40.00 | |
| | | Tidelands - Unclaimed Title Evolution, LLC | $25.00 | |
| | | Transaction Management Fee Title Evolution, LLC | $60.00 | |
| | | Upper Courts/Patriot Searches Title Evolution, LLC | $48.00 | |
| | | **Commission** | | |
| | | **Government Recording And Transfer Charges** | | |
| | | Recording Fees   Deed: $225.00 Mortgage: $255.00 Release: $0.00 Mercer County Clerk | $480.00 | |
| $1,871.00 | | State Transfer Tax Mercer County Clerk | | |
| | | **Payoff(s)** | | |
| $177,781.36 | | First Position Mortgage Lien 351-7265950703 Mr. Cooper | | |
| | | **Miscellaneous** | | |
| | | Buyer or Borrower Attorney Fee Robert F. Casey, Esquire | $1,200.00 | |
| $110.00 | | Cancellation of Tax Sale Certificates x's2 Mercer County Clerk | | |
| $125.00 | | Conveyance Congressional Abstract Company, LLC | | |
| $500.00 | | Final Water Bill Escrow Title Evolution, LLC | | |
| $41.10 | | Outstanding Water Bill - 301 Trenton Water Works | | |
| $1,856.68 | | Outstanding Water Bill - 303 Trenton Water Works | | |
| $300.00 | | Preparation of Sale Documents Spielberger & Buzzelli | | |
| $103,934.64 | | Proceeds of Sale Albert Russo, Trustee | | |
| $15,000.00 | | Proceeds of Sale Stephen Hoggarth | | |
| $8,000.00 | | Real Estate Commission Buyers Broker Remax of Princeton | | |
| $8,000.00 | | Real Estate Commission Sellers Broker NJ Capital Realty, LLC | | |
| $986.02 | | Redemption Certificate No. 22000016 Lawrence Township Tax Collector | | |
| $950.00 | | Seller Attorney Fee Candyce I. Smith-Sklar, Esquire | | |
| | | Survey Fee Land Map, Inc. | $795.00 | |
| | | First Quarter Property Tax Lawrence Township Tax Collector | $1,494.47 | |
| | | Flood Insurance Premium Superior Flood Inc. | $1,231.80 | |
| | | Homeowners Insurance Premium Progressive Home | $858.00 | |

| Seller Debit | Seller Credit | | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| $320,000.00 | $320,000.00 | Subtotals | $339,772.67 | $315,819.60 |
| $0.00 | $0.00 | DUE FROM SELLER    DUE FROM BORROWER | $0.00 | $23,953.07 |
| $320,000.00 | $320,000.00 | Totals | $339,772.67 | $339,772.67 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize **Title Evolution, LLC** to cause the funds to be disbursed in accordance with this statement.

**BUYERS/BORROWERS**

_____
Hassan Zag

_____
Houria Boujilali

**SELLER(S)**

_____
Hoggarth Stephen

_____

_____
Jennifer Costner