Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−15291−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hoggarth Stephen
   2172 Princeton Pike
   Lawrence Township, NJ 08648

Social Security No.:
   xxx−xx−0800

Employer's Tax I.D. No.:
   20−8809830

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      3/13/24
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Candyce Ilene Smith−Sklar, Debtor's Attorney

COMMISSION OR FEES
fee: $8200.00

EXPENSES
expenses: $0.0

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 5, 2024
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-15291-MBK
Hoggarth Stephen  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Feb 05, 2024      Form ID: 137      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hoggarth Stephen, 2172 Princeton Pike, Lawrence Township, NJ 08648-4333 |
| r | + | Jerome Beckwood, 2172 Princeton Pike, Lawrence Township, NJ 08648-4333 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518132293 | + | Email/Text: documentfiling@lciinc.com | Feb 05 2024 20:47:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518121300 | | Email/Text: cfcbackoffice@contfinco.com | Feb 05 2024 20:47:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518121301 | | Email/Text: bankruptcy@cunj.org | Feb 05 2024 20:48:00 | Credit Union of New Jersey, Attn: Bankruptcy, Po Box 7921, Ewing, NJ 08628 |
| 518121298 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 05 2024 21:00:22 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518121299 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2024 20:49:49 | Capital One/Best Buy, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518121302 | ^ | MEBN | Feb 05 2024 20:46:30 | Eastern Account System, Inc., Po Box 837, Newtown, CT 06470-0837 |
| 518121303 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 05 2024 21:00:13 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 518121305 | + | Email/Text: bknotices@fmsfinancialsolutions.com | Feb 05 2024 20:47:00 | Fms Financial Solution, 9001 Edmonston Rd Ste 20, Greenbelt, MD 20770-4073 |
| 518134708 | + | Email/Text: BKRMailOps@weltman.com | Feb 05 2024 20:48:00 | GARDENS AT MAPLEWOOD, c/o Weltman, Weinberg & Reis, Co., L.P.A, 323 W. Lakeside Avenue, Ste 200, Cleveland, OH 44113-1009 |
| 518121306 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2024 21:00:22 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 518273920 | + | Email/Text: RASEBN@raslg.com | Feb 05 2024 20:47:00 | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 520012845 | + | Email/Text: RASEBN@raslg.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Feb 05 2024 20:47:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518184440 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 05 2024 20:47:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 518121307 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 05 2024 20:47:00 | Pacific Union Financial, Attn: Bankruptcy, 1603 Lbj Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 518121308 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Feb 05 2024 20:47:00 | Pacific Union Financial, c/o Fein, Such, Kahn and Shepard P.C, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Robertson, Anschutz, Schneid, Crane & Partners, PL, 130 Clinton Rd #202, FAIRFIELD, |
| cr | *+ | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518121304 | ##+ | First Progress, Po Box 84010, Columbus, GA 31908-4010 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Hoggarth Stephen njpalaw@gmail.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2024 | Form ID: 137 | Total Noticed: 19 |

Harold N. Kaplan
    on behalf of Creditor Robertson  Anschutz, Schneid, Crane & Partners, PLLC hkaplan@rasnj.com, kimwilson@raslg.com

Harold N. Kaplan
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER hkaplan@rasnj.com
    kimwilson@raslg.com

Jill Manzo
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER jmanzo@spinellalawgroup.com

Laura M. Egerman
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER laura.egerman@mccalla.com
    mccallaecf@ecf.courtdrive.com

Shauna M Deluca
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER sdeluca@hasbanilight.com
    hllawpc@gmail.com

Shauna M Deluca
    on behalf of Creditor Nationstar Mortgage LLC sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina
    on behalf of Loss Mitigation NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER smncina@raslg.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 16