Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Hoggarth Stephen

**Order Filed on March 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No.: 19-15291 |
| | } | |
| Hoggarth Stephen | } | Chapter: 13 |
| | } | |
| | } | Chief Judge: Michael B. Kaplan |
| **Debtor(s)** | } | |
| | } | |

## ORDER TO APPROVE DISBURSEMENT OF EXEMPT PROCEEDS TO DEBTOR FOR SALE OF PROPERTY

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: March 14, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

**Debtor:** Hoggarth Stephen

**Case No.:** 19-15291-MBK

**Caption of Order:** Order to Approve Disbursement of exempt Proceeds from sale of property

---

The attorney for the Debtor having filed a Notice of Motion to Approve Disbursement of exempt proceeds from sale of property in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances, it is hereby:

**ORDERED** that :

1. The Debtor to receive disbursement of exempt proceeds from the sale of property located at 2172 Princeton Pike, Lawrence, NJ 08648 in the amount of $25,150.

2. All non-exempt proceeds will be disbursed to the Trustee to be distributed to all remaining administrative, secured, priority and general unsecured creditors.

3. The debtors counsel be allowed a legal fee of $800.00 for representation in connection with this motion to be paid from sale proceeds upon submission of a fee application.